UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF DR. RAVI SHANKAR VEDAM,<br><br>Applicant. | Case No.  5:22-mc-80255-EJD<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION SHOULD NOT BE DISMISSED** |

This *ex parte* § 1782 application ("Application") was filed by Dr. Ravi Shankar Vedam ("Applicant") on October 3, 2022, seeking discovery from Dinesh Kumar Poobalan for use in insolvency proceedings in India. ECF No. 1. The Application alleged that Mr. Poobalan resides at an address in San Jose, California. *Id.* at 5.

Over the past several months, Applicant has requested three extensions of time to serve Mr. Poobalan. *See* ECF Nos. 9, 11, 15. In Applicant's most recent request, dated December 7, 2022, he reported that "[b]ased on his investigations, Applicant believes that Mr. Poobalan is currently located in India but continues to reside in this District." ECF No. 15, at 2. Nonetheless, Applicant requested an additional 90 days to serve Mr. Poobalan and represented that he would move to dismiss the Application if Mr. Poobalan does not return to this District. *Id.* The deadline for service came and went on March 7, 2023, without the filing of a proof of service.

Applicant is ORDERED TO SHOW CAUSE why this application should not be dismissed, either for lack of service or for an improper discovery target that neither resides nor can be found in this District. Applicant shall file a written response no later than May 10, 2023.

**IT IS SO ORDERED.**

Case No.: 5:22-mc-80255-EJD
ORDER TO SHOW CAUSE RE DISMISSAL

1

Dated: May 3, 2023

_____
EDWARD J. DAVILA
United States District Judge